UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

STEVE ALLEN,

                                     Plaintiffs,

        -against-

THE CITY OF NEW YORK, P.O. HEATHER VOBIS,
Shield No. 8755, and P.O. John Doe,

                                     Defendants.
------------------------------------------------------------------- x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT LIMITED TO THE ISSUE OF QUALIFIED IMMUNITY**

15 CV 6657 (CM) (RLE)

       **PLEASE TAKE NOTICE** that the undersigned will move this Court, before the Honorable Colleen McMahon, at the United States Courthouse for the Southern District of New York, located at 500 Pearl St., New York, NY, on a date to be determined by the Court, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, limited at this time to the issue of qualified immunity, dismissing plaintiff's complaint against defendants City of New York and Police Officer Heather Vobis, with prejudice, and for such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE** that pursuant to the individual practice rules of the Honorable Colleen McMahon, discovery in this matter is stayed, except for plaintiff's depositions, which will take place in the next 30 days.

       **PLEASE TAKE FURTHER NOTICE** that pursuant to the individual practice rules of the Honorable Colleen McMahon, defendants' briefs and papers addressing the issue of qualified immunity shall be served and filed by March 31, 2016.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the individual practice rules of the Honorable Colleen McMahon, plaintiffs' opposition papers shall be served and filed by April 14, 2016.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the individual practice rules of the Honorable Colleen McMahon, defendants' reply papers shall be served and filed by April 28, 2016.

Dated:   New York, New York
         March 1, 2016

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the
                                    City of New York
                                    *Attorney for Defendants City and Vobis*
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-2656

                            By:     _____
                                    Paul H. Johnson
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

To:   VIA ECF
      Jessica Massimi, Esp. (via ECF)
      *Attorney for Plaintiff*